UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willie Joe Cole**             Docket No. 5:19-CR-136-1FL

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Joe Cole, who, upon an earlier plea of guilty to Robbery of a Controlled Substance From a Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 2, was sentenced in the Middle District of North Carolina by the Honorable Thomas D. Schroeder, U.S. District Judge, on August 14, 2013, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months. Willie Joe Cole was released from custody on February 20, 2019, at which time the term of supervised release commenced. On March 19, 2019, the court modified the conditions of supervised release to include the defendant obtain a pyscho-sexual evaluation. On April 2, 2019, the jurisdiction in this case was transferred from the Middle District of North Carolina to the Eastern District of North Carolina. On April 4, 2019, due to the defendant testing positive for marijuana, the court modified the conditions of supervised release to include 60 days of curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 29 and April 5, 2019, the defendant submitted to a pyscho-sexual evaluation and our office received the results of that assessment on May 1, 2019. As a result of that evaluation, the therapist recommended additional conditions to monitor the defendant's compliance. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Willie Joe Cole
Docket No. 5:19-CR-136-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Senior U.S. Probation Officer<br>150 Rowan Street, Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2538<br>Executed On: May 7, 2019 |

### ORDER OF THE COURT

Considered and ordered this 10th day of May, 2019, and ordered filed and made a part of the records in the above case.

/s/ Louise V. Flanagan
Louise W. Flanagan
U.S. District Judge