UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willie Joe Cole**                                    **Docket No. 5:19-CR-136-1FL**

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Joe Cole, who, upon an earlier plea of guilty to Robbery of a Controlled Substance From a Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 2, was sentenced in the Middle District of North Carolina by the Honorable Thomas D. Schroeder, U.S. District Judge, on August 14, 2013, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months. Willie Joe Cole was released from custody on February 20, 2019, at which time the term of supervised release commenced. On March 19, 2019, the court modified the conditions of supervised release to include the defendant obtain a pyscho-sexual evaluation. On April 2, 2019, the jurisdiction in this case was transferred from the Middle District of North Carolina to the Eastern District of North Carolina. On April 4, 2019, due to the defendant testing positive for marijuana, the court modified the conditions of supervised release to include 60 days of curfew. On May 10, 2019, the court modified the conditions of supervised release to include specific sex offender conditions as recommended from the pyscho-sexual evaluation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 28, 2019, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and to deter future drug use, we would respectfully recommend that his supervision be modified to include an additional 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall adhere to a curfew as directed by the probation officer for an additional 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is
                                                true and correct.


/s/ Michael C. Brittain                         /s/ Keith W. Lawrence
Michael C. Brittain                             Keith W. Lawrence
Supervising U.S. Probation Officer              Senior U.S. Probation Officer
                                                150 Rowan Street, Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2538
                                                Executed On: June 4, 2019

### ORDER OF THE COURT

Considered and ordered this _____5th_____ day of _____June_____, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge